Certificate Number: 13858-PAM-DE-034892794

Bankruptcy Case Number: 20-02670


13858-PAM-DE-034892794

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 17, 2020, at 11:19 o'clock PM EDT, Subetrice Ternice Samuel completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 18, 2020       By: /s/Iraida Rios

                               Name: Iraida Rios

                               Title: Counselor