UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                                       Bankr. Case No. 20-02670-HWV-13

Subetrice Ternice Samuel                                                                               Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Americredit Financial Services, Inc. dba GM Financial
                PO Box 183853
                Arlington, TX 76096

                                                     By  /s/ Mandy Youngblood

                Mandy Youngblood
                PO Box 183853
                Arlington, TX 76096
                877-203-5538
                877-259-6417
                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-02670-HWV-13

Subetrice Ternice Samuel  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 29, 2020 :

| | |
|---|---|
| Kara Katherine Gendron<br>125 State Street<br>Harrisburg, PA 17101 | Charles J. DeHart III<br>8125 Adams Drive<br>Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx31142 / 1029490