In re:  
Subetrice Ternice Samuel  
    Debtor(s)

Case No. 20-02670-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 16, 2020     Form ID: ntcnfhrg     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Subetrice Ternice Samuel, 1616 State Street, Harrisburg, PA 17103-1465 |
| 5357514 | + | ASPIRE FAMILY MEDICINE, 49 PRINCE STREET, HARRISBURG, PA 17109-3113 |
| 5357515 | + | CITY OF HARRISBURG, DEPT OF BLDG & HOUSING DEVEL, 10 N 2ND ST, STE 206, HARRISBURG, PA 17101-1677 |
| 5357516 | | CITY OF HARRISBURG, DEPT OF PUBLIC WORKS, 1820 PAXTON STREET, HARRISBURG, PA 17104-2826 |
| 5357518 | | COMMONWEALTH OF PA, OFFICE OF THE ATTORNEY GENERAL, 14TH FL STRAWBERRY SQUARE, HARRISBURG, PA 17120-0001 |
| 5357540 | | COMMONWEALTH OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 5357519 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |
| 5357521 | | ECKERT SEAMANS CHERIN MELLOT, 600 GRANT ST, 44TH FLOOR, US STEEL TOWER, PITTSBURGH, PA 152192788 |
| 5357522 | + | FAST APPLIANCE REPAIR INC, 2200 N 11TH STREET, READING, PA 19604-1206 |
| 5357523 | | GM FINANCIAL-BANKRUPTCY DEPT, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5357524 | | KEYSTONE COLLECTIONS GROUP, 546 WENDEL ROAD, IRWIN, PA 15642-7539 |
| 5357525 | | LABORATORY CORP OF, AMERICA HOLDINGS, PO BOX 2240, BURLINGTON, NC 27216-2240 |
| 5357526 | + | LINEBARGER GOGGAN BLAIR & SAMPSON, PO BOX 90128, HARRISBURG, PA 17109-0128 |
| 5357528 | + | OIP, 3399 TRINDLE ROAD, CAMP HILL, PA 17011-2286 |
| 5357529 | | OIP PT EAST, 5300 DERRY ST 2ND FLOOR, HARRISBURG, PA 17111-3576 |
| 5359778 | + | Orthopedic Surgeons of PA, c/o Orthopedic Institute of PA, 3399 Trindle Road, Camp Hill, PA 17011-4407 |
| 5357530 | + | PENN CREDIT CORP, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5357532 | + | PINNACLE HEALTH, 409 SOUTH SECOND STREET, PO BOX 1286, HARRISBURG, PA 17108-1286 |
| 5357533 | + | PINNACLE HEALTH REGIONAL PHYSICIANS, 409 SOUTH SECOND STREET, PO BOX 1286, HARRISBURG, PA 17108-1286 |
| 5357535 | + | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY, MARIETTA, GA 30067-6413 |
| 5357534 | + | Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 5357537 | + | TRANSWORLD SYSTEMS INC, CORRESPONDENCE, PO BOX 17221, WILMINGTON, DE 19850-7221 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 16 2020 19:19:00 | Americredit Financial Services, Inc. Dba GM Finan, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: blegal@phfa.org | Oct 16 2020 19:19:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5359884 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 16 2020 19:19:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5358989 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 16 2020 19:19:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5357538 | + | Email/Text: dehartstaff@pamd13trustee.com | Oct 16 2020 19:19:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 5357517 | | Email/Text: documentfiling@lciinc.com | Oct 16 2020 19:18:00 | COMCAST (BK NOTICES), PO BOX 1931, BURLINGAME, CA 94011-1931 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5357539 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2020 19:19:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA 17128-0946 |
| 5357520 | | Email/Text: G06041@att.com | Oct 16 2020 19:19:00 | DIRECTV CUSTOMER SERVICE, BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 5360689 | | Email/Text: jennifer.chacon@spservicing.com | Oct 16 2020 19:19:00 | Deutsche Bank National Trust Company, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5358988 | | Email/Text: G06041@att.com | Oct 16 2020 19:19:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5357541 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 16 2020 19:18:00 | INTERNAL REVENUE SERVICE, PO BOX 21126, Philadelphia, PA 19114 |
| 5357527 | | Email/Text: Bankruptcies@nragroup.com | Oct 16 2020 19:19:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5357531 | | Email/Text: blegal@phfa.org | Oct 16 2020 19:19:00 | PHFA /HEMAP, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 5357536 | + | Email/Text: bankruptcy@sw-credit.com | Oct 16 2020 19:19:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5365042 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5365043 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5357513 | *+ | Subetrice Ternice Samuel, 1616 State Street, Harrisburg, PA 17103-1465 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2004-HE6, Mortgage Pass-Through Certificates, Series 2004-HE6 bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Subetrice Ternice Samuel DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Subetrice Ternice Samuel karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Subetrice Ternice Samuel,<br>fka Subetrice Ternice McGill, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−02670−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 9, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: December 16, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 16, 2020 |

ntcnfhrg (03/18)