**Fill in this information to identify your case and this filing:**

Debtor 1    **Subetrice**      **Ternice**      **Samuel**
            First Name         Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name       Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number    **1:20-bk-02670**
(if known)

☑ Check if this is an
    amended filing

Official Form 106A/B

# Schedule A/B: Property             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
| --- | --- |

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.

**1616 State St, Harrisburg, PA 17103**
**Purchase price 8/26/2004 $79,900**
**Comparable sales**
**1626 State St, Harrisburg, PA 7/24/19**
**$60,000**

_____
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other **1616 State St, Harrisburg,**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

     $60,000.00           $60,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Owner** _____

☐ **Check if this is community property**
    (see instructions)

| 1.2. | **What is the property?** | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**1415 Market St, Harrisburg PA 17112**
**1415 Market St, Harrisburg PA 17112**
**Ex-huband's residence**

Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

_____
County

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $25,000.00 | $12,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenant by the entireties**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...................................................... → | **$72,500.00** |

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

| 3.1. | **Who has an interest in the property?** | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Make:     **Ford**
Model:     **Flex**
Year:     **2011**
Approximate mileage: **100,000**
Other information:
**2011 Ford Flex blue (approx. 100,000 miles)**

Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $3,625.00 | $3,625.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...................................................... → | **$3,625.00** |

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Official Form 106A/B     Schedule A/B: Property     page 2
Case 1:20-bk-02670-HWV    Doc 37    Filed 01/19/21    Entered 01/19/21 08:55:22    Desc
Main Document     Page 2 of 11

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....

| Bed, futon, refrigerator, microwave, porch chairs, air conditioner, pots, pans, dishes, linens, miscellaneous household goods | $820.00 |
|---|---|

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....

| TV | $100.00 |
|---|---|

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes.  Describe.....

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....

| Clothing | $200.00 |
|---|---|

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....

| Costume jewelry | $50.00 |
|---|---|

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes.  Describe.....

| 4 cats | $0.00 |
|---|---|

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information............

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.................................................................................** ➔

| $1,170.00 |
|---|

Case 1:20-bk-02670-HWV    Doc 37    Filed 01/19/21    Entered 01/19/21 08:55:22    Desc
Main Document    Page 3 of 11

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes..................................................................................................... Cash: .......................... **$20.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...........................      Institution name:

    | | | |
    |---|---|---|
    | 17.1. | Checking account: | **Checking - PSECU** | **$50.00** |
    | 17.2. | Savings account: | **Savings - PSECU** | **$100.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...........................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes.  Give specific
    information about
    them..........................     Name of entity:                              % of ownership:

    **It's The Little Things That Count, Inc.**                    **100%**              **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific
    information about
    them..........................     Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes.  List each
    account separately.     Type of account:          Institution name:

    | | | |
    |---|---|---|
    | | 401(k) or similar plan: | **TSP 11 U.S.C. §541 (c)(2) Excluded from Bankruptcy Estate** | **$0.00** |
    | | Pension plan: | **Pension plan  11 U.S.C. §541 (c)(2) Excluded from Bankruptcy Estate** | **$0.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes............................            Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes...........................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
    **powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific
    information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes.  Give specific
    information about them

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes.  Give specific information
    about them, including whether                                                          Federal:_____
    you already filed the returns
    and the tax years......................                                                 State: _____

                                                                                           Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes.  Give specific information                                          Alimony: _____

                                                                              Maintenance: _____

                                                                              Support: _____

                                                                              Divorce settlement: _____

                                                                              Property settlement:_____

**30. Other amounts someone owes you**
   *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
              compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes.  Give specific information

**31. Interests in insurance policies**
   *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ☑ Yes. Name the insurance
       company of each policy
       and list its value...............    Company name:              Beneficiary:              Surrender or refund value:
                                     **Term life through employer**    **Father**                        **$0.00**

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
   entitled to receive property because someone has died

   ☑ No
   ☐ Yes.  Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes.  Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
   rights to set off claims**

   ☐ No
   ☑ Yes.  Describe each claim........  **Workers comp claim**                                     **$0.00**

**35. Any financial assets you did not already list**

   ☑ No
   ☐ Yes.  Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
   attached for Part 4.  Write that number here................................................................................................➔**   **$170.00**

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**

   ☑ No.  Go to Part 6.
   ☐ Yes.  Go to line 38.

                                                                          **Current value of the
                                                                          portion you own?**
                                                                          Do not deduct secured
                                                                          claims or exemptions.

**38. Accounts receivable or commissions you already earned**

   ☑ No
   ☐ Yes.  Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

**41. Inventory**

☑ No
☐ Yes.  Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes.  Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here................................................................................** ➔  | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............

Case 1:20-bk-02670-HWV    Doc 37    Filed 01/19/21    Entered 01/19/21 08:55:22    Desc
Main Document    Page 7 of 11

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information...............

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here..............................................................................** ➔  **$0.00**

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

   **Lawn mower**                                                                      **$25.00**

**54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔  **$25.00**

## Part 8:  List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2.............................................................................................** ➔  **$72,500.00**

**56. Part 2: Total vehicles, line 5**                                 **$3,625.00**

**57. Part 3: Total personal and household items, line 15**          **$1,170.00**

**58. Part 4: Total financial assets, line 36**                      **$170.00**

**59. Part 5: Total business-related property, line 45**             **$0.00**

**60. Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

**61. Part 7: Total other property not listed, line 54**         +   **$25.00**

**62. Total personal property.**  Add lines 56 through 61.................  **$4,990.00**  | Copy personal property total  ➔  +  **$4,990.00**

**63. Total of all property on Schedule A/B.**  Add line 55 + line 62.................................................................  **$77,490.00**

Case 1:20-bk-02670-HWV    Doc 37    Filed 01/19/21    Entered 01/19/21 08:55:22    Desc
Main Document        Page 8 of 11

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Subetrice** | **Ternice** | **Samuel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **1:20-bk-02670**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

**1.  Which set of exemptions are you claiming?**  *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

**2.  For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1616 State St, Harrisburg, PA 17103 Purchase price 8/26/2004 $79,900 Comparable sales 1626 State St, Harrisburg, PA 7/24/19 $60,000** Line from *Schedule A/B*: **1.1** | **$60,000.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **1415 Market St, Harrisburg PA 17112 1415 Market St, Harrisburg PA 17112 Ex-huband's residence** Line from *Schedule A/B*: **1.2** | **$12,500.00** | ☑ **$7,750.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**3.  Are you claiming a homestead exemption of more than $170,350?**

(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Case 1:20-bk-02670-HWV   Doc 37   Filed 01/19/21   Entered 01/19/21 08:55:22   Desc
Main Document      Page 9 of 11

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2011 Ford Flex (approx. 100,000 miles) 2011 Ford Flex blue (approx. 100,000 miles)** Line from *Schedule A/B*: __3.1__ | **$3,625.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **Bed, futon, refrigerator, microwave, porch chairs, air conditioner, pots, pans, dishes, linens, miscellaneous household goods** Line from *Schedule A/B*: __6__ | **$820.00** | ☑ **$820.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **TV** Line from *Schedule A/B*: __7__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Clothing** Line from *Schedule A/B*: __11__ | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Costume jewelry** Line from *Schedule A/B*: __12__ | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **4 cats** Line from *Schedule A/B*: __13__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash** Line from *Schedule A/B*: __16__ | **$20.00** | ☑ **$20.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Checking - PSECU** Line from *Schedule A/B*: __17.1__ | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Savings - PSECU** Line from *Schedule A/B*: __17.2__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Case 1:20-bk-02670-HWV    Doc 37    Filed 01/19/21    Entered 01/19/21 08:55:22    Desc
Main Document    Page 10 of 11

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | | |
| Brief description:<br>**Term life through employer**<br>Line from *Schedule A/B:*   **31** | $0.00 | ☑<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| Brief description:<br>**Workers comp claim**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **34** | $0.00 | ☑<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(C)** |
| Brief description:<br>**Workers comp claim**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **34** | $0.00 | ☑<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| Brief description:<br>**Lawn mower**<br>Line from *Schedule A/B:*   **53** | $25.00 | ☑<br>☐ | $25.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Case 1:20-bk-02670-HWV    Doc 37    Filed 01/19/21    Entered 01/19/21 08:55:22    Desc
Main Document      Page 11 of 11