United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 20-02670-HWV
Subetrice Ternice Samuel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jun 23, 2021    Form ID: pdf010    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| | UNITED STATES POSTAL SERVICE, ATTN: PAYROLL DEPARTMENT, MANAGER/PAYROLL PROCESSING BRANCH, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Andrew M. Lubin
     on behalf of Creditor Goldman Sachs Mortgage Company alubin@milsteadlaw.com

Brian Nicholas
     on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2004-HE6, Mortgage Pass-Through Certificates, Series 2004-HE6 bnicholas@kmllawgroup.com

Dorothy L Mott
     on behalf of Debtor 1 Subetrice Ternice Samuel DorieMott@aol.com
     karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Jack N Zaharopoulos (Trustee)
     TWecf@pamd13trustee.com

Kara Katherine Gendron
     on behalf of Debtor 1 Subetrice Ternice Samuel mottgendronecf@gmail.com
     doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Leon P Haller
     on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP)
     lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

Ryan T Gonder

|  |  |
|---|---|
|  | on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@dauphinc.org |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
SUBETRICE TERNICE SAMUEL :
fka Subetrice Ternice McGill : CASE NO. 1:20-bk-02670
Debtor :

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, Subetrice Ternice Samuel receives income:

UNITED STATES POSTAL SERVICE
ATTN: PAYROLL DEPARTMENT
MANAGER/PAYROLL PROCESSING BRANCH
2825 LONE OAK PARKWAY
EAGAN MN 55121-9650

deduct from said income the sum of $280.00 from each two-week pay check, or $140.00 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

JACK N ZAHAROPOULOS, CHAPTER 13 TRUSTEE
PO BOX 6008
MEMPHIS, TN 38101-6008

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel. It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore. It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure. It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: June 23, 2021      By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Case 1:20-bk-02670-HWV    Doc 48    Filed 06/25/21    Entered 06/26/21 00:26:23    Desc
Imaged Certificate of Notice    Page 3 of 3