IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SUBETRICE T. SAMUEL | : | CASE NO.: 1:20-BK-02670 HWV |
| Debtor | : | |

**CONCURRED-IN WITHDRAWAL OF THE UNITED STATES TRUSTEE'S MOTION TO DETERMINE NECESSITY OF MORTGAGE PAYMENT CHANGE**

Please withdraw the United States Trustee's Motion to Determine Necessity of Mortgage Payment Change Pursuant to F.R.B.P. 3002.1(B)(2) filed on October 31, 2024, at Docket Entry Number 66. **Respondent's counsel concurs in the withdrawal of the objection.**

        Respectfully submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 and 9

        D. Troy Sellars
        Assistant United States Trustee

        By: /s/ Joseph P. Schalk
        Joseph P. Schalk, Esq.
        PA ID 91656
        Office of the United States Trustee
        1501 N. 6th Street, Box 302
        Harrisburg, PA 17102
        Tel.: (717) 221-4533
        Email: Joseph.Schalk@usdoj.gov

Dated: November 25, 2024