United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02670-HWV

Subetrice Ternice Samuel  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 18, 2025     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Subetrice Ternice Samuel, 1616 State Street, Harrisburg, PA 17103-1465 |
| 5357514 | + | ASPIRE FAMILY MEDICINE, 49 PRINCE STREET, HARRISBURG, PA 17109-3113 |
| 5357516 | | CITY OF HARRISBURG, DEPT OF PUBLIC WORKS, 1820 PAXTON STREET, HARRISBURG, PA 17104-2826 |
| 5357515 | + | CITY OF HARRISBURG, DEPT OF BLDG & HOUSING DEVEL, 10 N 2ND ST, STE 206, HARRISBURG, PA 17101-1677 |
| 5357518 | | COMMONWEALTH OF PA, OFFICE OF THE ATTORNEY GENERAL, 14TH FL STRAWBERRY SQUARE, HARRISBURG, PA 17120-0001 |
| 5357519 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |
| 5374786 | + | Dauphin County Tax Claim Bureau, PO Box 1295, 2 South Second Street, Harrisburg PA 17101-2047 |
| 5357521 | | ECKERT SEAMANS CHERIN MELLOT, 600 GRANT ST, 44TH FLOOR, US STEEL TOWER, PITTSBURGH, PA 152192788 |
| 5357526 | + | LINEBARGER GOGGAN BLAIR & SAMPSON, PO BOX 90128, HARRISBURG, PA 17109-0128 |
| 5357528 | + | OIP, 3399 TRINDLE ROAD, CAMP HILL, PA 17011-2286 |
| 5357529 | | OIP PT EAST, 5300 DERRY ST 2ND FLOOR, HARRISBURG, PA 17111-3576 |
| 5359778 | + | Orthopedic Surgeons of PA, c/o Orthopedic Institute of PA, 3399 Trindle Road, Camp Hill, PA 17011-4407 |
| 5357532 | + | PINNACLE HEALTH, 409 SOUTH SECOND STREET, PO BOX 1286, HARRISBURG, PA 17104-1612 |
| 5357533 | + | PINNACLE HEALTH REGIONAL PHYSICIANS, 409 SOUTH SECOND STREET, PO BOX 1286, HARRISBURG, PA 17104-1612 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Dec 18 2025 23:40:00 | Americredit Financial Services, Inc. Dba GM Finan, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: blegal@phfa.org | Dec 18 2025 18:40:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5359884 | | EDI: PHINAMERI.COM | Dec 18 2025 23:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5358989 | + | EDI: PHINAMERI.COM | Dec 18 2025 23:40:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5357517 | | EDI: COMCASTCBLCENT | Dec 18 2025 23:40:00 | COMCAST (BK NOTICES), PO BOX 1931, BURLINGAME, CA 94011-1931 |
| 5357539 | | EDI: PENNDEPTREV | Dec 18 2025 23:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA 17128-0946 |
| 5357540 | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Dec 18 2025 18:40:00 | COMMONWEALTH OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 5357520 | | EDI: DIRECTV.COM | Dec 18 2025 23:40:00 | DIRECTV CUSTOMER SERVICE, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 5360689 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 18 2025 18:40:00 | | Deutsche Bank National Trust Company, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5358988 | | EDI: DIRECTV.COM Dec 18 2025 23:40:00 | | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5357523 | | EDI: PHINAMERI.COM Dec 18 2025 23:40:00 | | GM FINANCIAL-BANKRUPTCY DEPT, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5384652 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 18 2025 18:40:00 | | Goldman Sachs Mortgage Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5387996 | + | Email/Text: Bankruptcy@keystonecollects.com Dec 18 2025 18:40:00 | | Harrisburg City School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5357541 | | EDI: IRS.COM Dec 18 2025 23:40:00 | | INTERNAL REVENUE SERVICE, PO BOX 21126, Philadelphia, PA 19114 |
| 5357538 | | Email/Text: info@pamd13trustee.com Dec 18 2025 18:40:00 | | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5357524 | | Email/Text: Bankruptcy@keystonecollects.com Dec 18 2025 18:40:00 | | KEYSTONE COLLECTIONS GROUP, 546 WENDEL ROAD, IRWIN, PA 15642-7539 |
| 5357525 | | Email/Text: govtaudits@labcorp.com Dec 18 2025 18:40:00 | | LABORATORY CORP OF, AMERICA HOLDINGS, PO BOX 2240, BURLINGTON, NC 27216-2240 |
| 5357527 | | Email/Text: Bankruptcies@nragroup.com Dec 18 2025 18:40:00 | | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5357530 | | Email/Text: bankruptcies@penncredit.com Dec 18 2025 18:40:00 | | PENN CREDIT CORP, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17106 |
| 5357531 | | Email/Text: blegal@phfa.org Dec 18 2025 18:40:00 | | PHFA /HEMAP, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 5357535 | | Email/Text: bankruptcy@sequium.com Dec 18 2025 18:40:00 | | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY, MARIETTA, GA 30067 |
| 5357536 | + | Email/Text: bankruptcy@sw-credit.com Dec 18 2025 18:40:00 | | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5357534 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 18 2025 18:40:00 | | Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115 |
| 5357537 | + | Email/Text: bankruptcydepartment@tsico.com Dec 18 2025 18:40:00 | | TRANSWORLD SYSTEMS INC, CORRESPONDENCE, PO BOX 17221, WILMINGTON, DE 19850-7221 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | Dauphin County Tax Claim Bureau, PO Box 1295, 2 South Second Street, Harrisburg, PA 17101-2047 |
| 5365042 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5365043 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5357513 | *+ | Subetrice Ternice Samuel, 1616 State Street, Harrisburg, PA 17103-1465 |
| 5357522 | ##+ | FAST APPLIANCE REPAIR INC, 2200 N 11TH STREET, READING, PA 19604-1206 |

District/off: 0314-1                         User: AutoDocke                          Page 3 of 3
Date Rcvd: Dec 18, 2025                      Form ID: 3180W                           Total Noticed: 38
TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025                        Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2004-HE6, Mortgage Pass-Through Certificates, Series 2004-HE6 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Subetrice Ternice Samuel DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Kara Katherine Gendron | on behalf of Debtor 1 Subetrice Ternice Samuel kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Goldman Sachs Mortgage Company ldoyle@squirelaw.com LOGSECF@logs.com |
| Michelle McGowan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2004-HE6, Mortgage Pass-Through Certificates, Series 2004-HE6 mimcgowan@raslg.com |
| Ryan T. Gonder | on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@mcneeslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Subetrice Ternice Samuel<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1019<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-02670-HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Subetrice Ternice Samuel
fka Subetrice Ternice McGill

12/18/25

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W        **Chapter 13 Discharge**        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W           **Chapter 13 Discharge**           page 2