| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | SUBETRICE TERNICE SAMUEL |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 20-02670 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** SELECT PORTFOLIO SERVICING

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8 7 4 1

**Property address:** 1616 STATE STREET
Number    Street

HARRISBURG,    PA    17103-
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 434.27 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 434.27 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 434.27 |

Case 1:20-bk-02670-HWV    Doc 85    Filed 12/23/25    Entered 12/23/25 10:11:59    Desc
Main Document    Page 1 of 4

## Part 4: Postpetition Payments

Check one:

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

☒ /s/Donna Schott, Funds Manager
Signature

Date 12 / 23 / 2025

Trustee: Jack N Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number / Street

Hummelstown PA 17036
City / State / ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02670  SUBETRICE TERNICE SAMUEL

SELECT PORTFOLIO SERVICING
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT  841

**Sequence:** 14
**Modify:**
**Filed Date:**
**Hold Code:** P

Acct No: State Street - PRE-ARREARS -

ARREARS - 1616 STATE STREET  AMENDED 10/16/24

|  |  |  |
|---|---|---|
| Amt Sched: $44,000.00 | Debt: $1,086.64 | Interest Paid: $0.00 |
|  |  | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $434.27 | Balance Due: $652.37 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 520-0 | SELECT PORTFOLIO SERVICING | C | 10/25/2024 | 0 | ($630.12) | $0.00 | ($630.12) | |
|  |  |  |  |  |  | Cred Rfd Chk #: 283921 | | |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/23/2024 | 2041338 | $42.90 | $0.00 | $42.90 | 10/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/17/2024 | 2040344 | $42.89 | $0.00 | $42.89 | 09/26/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/07/2024 | 2039324 | $42.89 | $0.00 | $42.89 | 08/16/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/10/2024 | 2038428 | $43.77 | $0.00 | $43.77 | 07/18/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/18/2024 | 2037613 | $42.89 | $0.00 | $42.89 | 06/27/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/22/2024 | 2036720 | $42.89 | $0.00 | $42.89 | 05/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 04/17/2024 | 2035715 | $61.60 | $0.00 | $61.60 | 04/25/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/12/2024 | 2032848 | $169.81 | $0.00 | $169.81 | 01/30/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/19/2023 | 2031966 | $87.16 | $0.00 | $87.16 | 12/29/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/15/2023 | 2031004 | $46.89 | $0.00 | $46.89 | 11/21/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/18/2023 | 2030064 | $49.33 | $0.00 | $49.33 | 10/26/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/19/2023 | 2029083 | $49.33 | $0.00 | $49.33 | 09/28/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/09/2023 | 2028065 | $49.33 | $0.00 | $49.33 | 08/17/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/11/2023 | 2027077 | $49.33 | $0.00 | $49.33 | 07/20/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/13/2023 | 2026158 | $47.40 | $0.00 | $47.40 | 06/21/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/16/2023 | 2025222 | $47.39 | $0.00 | $47.39 | 05/26/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 04/18/2023 | 2024227 | $58.23 | $0.00 | $58.23 | 04/26/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/13/2022 | 2020186 | $19.03 | $0.00 | $19.03 | 12/21/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/18/2022 | 2018204 | $19.05 | $0.00 | $19.05 | 10/26/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/17/2022 | 2016125 | $52.28 | $0.00 | $52.28 | 08/24/2022 |
| | | | | **Sub-totals:** | **$434.27** | **$0.00** | **$434.27** | |
| | | | | **Grand Total:** | **$434.27** | **$0.00** | | |